HENRY MODELL, Appellant, *v.* NEWMAN BROS., INC., Respondent.

First Department, December 27, 1935.

*Adolph Hirsch Rosenfeld,* for the appellant.

*Emanuel S. Cahn,* for the respondent.

PER CURIAM. The evidence offered by the plaintiff tended to establish that the transaction constituted a joint adventure. The plaintiff's testimony together with the testimony of his attorney would, if believed, justify a finding that the agreement not only contemplated a sharing of profits but a contribution by the plaintiff of one-half of the capital required for the purchase of the merchandise which was the subject-matter of the joint adventure.

The judgment should be reversed and a new trial granted, with costs to the appellant to abide the event.

Present — MARTIN, P. J., MERRELL, TOWNLEY, GLENNON and UNTERMYER, JJ.

Judgment reversed and a new trial ordered, with costs to the appellant to abide the event.